FILED
2015 MAR 23 P 2: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   KAMRAN SALOUR (SBN 247983)
2  2029 Century Park East, Suite 2400
   Los Angeles, CA 90067
3  Telephone:    310-229-1000
   Facsimile:    310-229-1001
4
   Counsel for Movant TONI BRATTIN & CO.,
5  INC.
6
7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

CV 15 80 090 MISC

9  TONI BRATTIN & CO., INC., an           Case No. _____-MISC
   Oklahoma corporation,
10
                                          **DECLARATION OF KAROL A.**
11              Movant,                    **KEPCHAR IN SUPPORT OF**
                                           **MISCELLANEOUS ACTION:**
12 v.                                      **TONI BRATTIN & CO., INC.'S**
                                           **MOTION FOR LEAVE TO SERVE**
13 MOSAIC INTERNATIONAL, LLC, a            **SUBPOENAS BY ALTERNATE**
   California limited liability company,   **MEANS AND FOR COSTS**
14 THE TONYTAIL COMPANY, INC.,
   a California corporation, and MIA       (Re: Cancellation No. 92056844 in the
15 MINNELLI-KAMINSKI, an                   U.S. Trademark Trial and Appeal
   individual,                             Board)
16
               Respondents.
17
18
19
20
21
22
23
24
25
26
27
28 _____

Brattin v. Mosaic International, LLC
No. _____-MISC
Motion for Leave and Costs

1.  I am a partner in the intellectual property practice of Akin Gump Strauss Hauer & Feld LLP. I am over the age of 18, and have personal knowledge of the facts set forth herein.

2.  I am counsel for petitioner, Toni Brattin & Co., Inc. in *Toni Brattin & Co., Inc. v. Mosaic Int'l LLC*, Trademark Cancellation No. 92056844, pending in the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office ("Proceeding").

3.  In the Proceeding, Brattin has petitioned to cancel U.S. Trademark Registration No. 4,194,741 for TONY PONY on the grounds of likelihood of confusion and the registrant's fraud on the U.S. Patent and Trademark Office ("Board"). The registration sought to be cancelled is owned by Mosaic, which according to discovery in the Proceeding, is an intellectual property holding company formed and solely owned by respondent Mia Minnelli-Kaminski. According to discovery, Ms. Minnelli-Kaminski is also principal and CEO of The Tonytail Company, Inc., a hair accessory company Ms. Minnelli-Kaminski operates with her husband, Scott. Mosaic is a party to the Proceeding, and Tonytail has sold and continues to sell products under the TONY TAIL mark that is the subject of the Proceeding. All three Respondents are closely affiliated, and their respective operations are highly relevant to the Proceeding.

4.  According to Board practice, Brattin, as petitioner in the Proceeding, submits to the Board during its testimony period trial testimony and other evidence upon which Brattin intends to rely, followed by an opportunity for the respondent, Mosaic, to submit the testimony and evidence on which it intends to rely. In accordance with Board procedure, Brattin noticed the taking of trial testimony in the Proceeding from Mosaic and Tonytail, through Mia Minnelli-Kaminski. Respondents have been completely uncooperative and, through their counsel, Andrea Hence Evans, have expressly refused to appear for a trial testimony deposition voluntarily, notwithstanding that Mosaic is a party to the Proceeding and all Respondents are closely affiliated and possess facts critical to the case.

1

1       5.     Accordingly, Brattin took steps to serve subpoenas for trial testimony pursuant to Rule

2  45, Fed. R. Civ. P., issued from this Court in order to obtain trial testimony in the Proceeding.

3  Petitioner engaged Capitol Process Services, Inc., Washington, DC, to serve subpoenas for trial

4  testimony in the Proceeding directed to Mosaic and Tonytail, through its principal/officer Mia

5  Minnelli-Kaminski. Copies of the subpoenas were served on Mosaic's counsel in the Proceeding,

6

7  Andrea Hence Evans, on November 12, 2014. Several attempts at service failed. Attached hereto are

8  true and complete copies of Affidavits of Due Diligence of Michael French, Capitol Process Services,

9  Inc., dated January 15, 2015, and Affidavits of Due Diligence of Stephen P. Hutson, Capitol Process

10  Services, Inc., dated January 15, 2015 and January 23, 2015, respectively. Ms. Evans has repeatedly

11  declined repeated requests to accept service of the Subpoenas on behalf of Respondents, and

12  Respondents instructed Ms. Evans not to accept service of the Subpoenas. Respondents never raised

13  substantive objections to the Subpoenas.

14

15       6. Respondents' lack of cooperation required Brattin to move the Board to seek an extension

16  of the trial schedule and, later, to suspend the proceeding. Both motions were granted. On March 3,

17  2015, on Brattin's motion with the Board, action in the Proceeding was suspending pending action in

18  this Court to obtain appropriate relief to permit alternative service and to otherwise enforce trial

19  testimony subpoenas.

20       I declare under the penalty of perjury that the foregoing is true and correct.

21

22

23

24       KAROL A. KEPCHAR

25

26

27
2

28

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Toni Brattin & Co., Inc.                                        )
                                                                )
                                                                )
                                                                )
                               Plaintiff                        )
                                                                )   Case No.: 92056844
                                                                )
                        v.                                      )
.Mosaic International LLC                                        )
                                                                )
                                                                )
                                                                )
                               Defendant                        )

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Cookie Gambucci, a Private Process Server, having been duly authorized to make service of the Deposition Subpoena with Schedule A and Witness fee check in the amount of $69.00 in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Mia Minnelli-Kaminski, CEO, The Tonytail Company, Inc., with the above named process.

On November 13, 2014 at 12:15 PM, I attempted to serve Mia Minnelli-Kaminski, legal documents in the above referenced case at 3266 Buskirk Avenue, Pleasant Hill, California 94523. At this time, I entered the building through a front door and spoke with a man who appeared to be a hispanic male. I indicated to the man that I was there to serve legal documents in the above referenced case to Mia Kaminski. The man would not communicate with me regarding the availability of Ms. Kaminski but only escorted me to the door and out of the building. He then locked the door behind us. As I was uncertain as to the whereabouts and/or availablity of Ms. Kaminski, I drove my car to the rear of the building in an effort to find another office entrance to the building so that I could deliver the subpoenas to Ms. Kaminski or so that I could find someone who might be able to tell me the availability of Ms. Kaminski to receive the subpoenas. At this time, I exited my vehicle and a man, now known to be Scott Kaminski after I had reviewed a photograph of Scott Kaminski, and believeived to be the husband of Mia Kaminski, ran toward me in an intimidating manner. He told me that I was trespassing. I indicated to him that I was there for legal purposes to deliver the above referenced subpoenas to Mia Kaminski. His demeanor was intimidating as I am an older female approximately 4'7" tall. Mr. Kaminski saw my company name, "Cookie's Court Support", on my van, and repeatedly called me "Wookie" in a taunting and degrading manner. At some point, I photographed the building and Mr. Kaminski so that I could document my efforts to serve the subpoenas. Mr. Kaminski appeared very agitated and I suggested that he call the police so that we could pursue service of the subpoena in a professional manner in the presence of law enforcment officials. He did not call the police but shortly after, entered a vehicle. He backed the vehicle toward me and my vehicle in an intimidating manner. Shortly thereafter, I left the premises and reported what had occurred to my contact at Capitol Process Services. I was instructed by Capitol Process Services not to return to the property out of concern that an already hostile cirucumstance might escalate further.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

ID: 14-115585                                                                    Client Reference: N/A

11-19-14
Executed on:

Cookie Gambucci, Lic. #224 Contra Costa
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-115585

Client Reference: N/A

-4-

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Toni Brattin & Co., Inc.                          )
                                                   )
                                                   )
                        Plaintiff                  )
                                                   )  Case No.: 92056844
                                                   )
                   v.                              )
Mosaic International LLC                           )
   :                                               )
                                                   )
                        Defendant                  )

### AFFIDAVIT OF DUE DILIGENCE

I, Michael French, a Private Process Server, having been duly authorized to make service of the Deposition Subpoena, Schedule A, and Witness fee check in the amount of $68.00 in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Mia Minnelli-Kaminski, CEO of The Tonytail Company, Inc. with the above named process.

That on Janury 7, 2014 at 1:50 pm, I attempted to serve Mia Minnelli-Kaminski, CEO of The Tonytail Company, Inc., at 3266 Buskirk Avenue, Pleasant Hill, California 94523. On this occasion, I spoke with an employee who stated that he would retrieve Ms. Kaminski. The employee returned and stated that Ms. Kaminski was not available.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

1/15/15
Executed on:

_____ #1345 Alameda County
Michael French
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117513                                                          Client Reference: N/A

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Toni Brattin & Co., Inc.                     )
                                             )
                                             )
                    Plaintiff                )
                                             )  Case No.: 92056844
                                             )
            v.                               )
Mosaic International LLC                      )
                                             )
                                             )
                                             )
                    Defendant                )

### AFFIDAVIT OF DUE DILIGENCE

I, Michael French, a Private Process Server, having been duly authorized to make service of the Deposition Subpoena, Schedule A, and Witness fee check in the amount of $68.00 in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Mia Minnelli-Kaminski, Principal of Mosaic International LLC with the above named process.

That on Janury 7, 2014 at 1:50 pm, I attempted to serve Mia Minnelli-Kaminski, Principal of Mosaic International LLC at 3266 Buskirk Avenue, Pleasant Hill, California 94523.  On this occasion, I spoke with an employee who stated that he would retrieve Ms. Kaminski.  The employee returned and stated that Ms. Kaminski was not available.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

1/15/15

Executed on:

#1345 Almueda County

Michael French
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117514                                                          Client Reference: N/A

-6-

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Toni Brattin & Co., Inc.                              )
                                                      )
:                                                     )
                                                      )
                          Plaintiff                   )   Case No.: 92056844
                                                      )
                     v.                               )
Mosaic International LLC                              )
                                                      )
                                                      )
                          Defendant                   )

### AFFIDAVIT OF DUE DILIGENCE

I, Stephen P. Hutson, a Private Process Server, having been duly authorized to make service of the Deposition Subpoena, Schedule A, and Witness fee check in the amount of $68.00 in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Mia Minnelli-Kaminski, CEO of The Tonytail Company, Inc. with the above named process.

That on January 8, 2015 at 5:15 pm, I attempted to serve Mia Minnelli-Kaminski, CEO of The Tonytail Company, Inc., at 1427 Vine Lane, Alamo, California 94507. On this occasion, I did not receive an answer at the door.

That on January 9, 2015 at 7:40 pm, I attempted to serve Mia Minnelli-Kaminski, CEO of The Tonytail Company, Inc., at 1427 Vine Lane, Alamo, California 94507. On this occasion, I was unable to gain access to the gated community.

That on January 10, 2015 at 7:52 am, I attempted to serve Mia Minnelli-Kaminski, CEO of The Tonytail Company, Inc., at 1427 Vine Lane, Alamo, California 94507. On this occasion, again, I was unable to gain access to the gated community.

That on January 11, 2015 at 5:33 pm, I attempted to serve Mia Minnelli-Kaminski, CEO of The Tonytail Company, Inc., at 1427 Vine Lane, Alamo, California 94507. On this occasion, once again, I was unable to gain access to the gated community.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

1/15/15
Executed on:

Stephen P. Hutson          , Reg # 587
CAPITOL PROCESS SERVICES, INC.          Contra Costa County
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-117908                                              Client Reference: N/A

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Toni Brattin & Co., Inc. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) **Case No.: 92056844** |
| v. | ) |
| Mosaic International LLC | ) |
| | ) |
| | ) |
| **Defendant** | ) |

## AFFIDAVIT OF DUE DILIGENCE

I, Stephen P. Hutson, a Private Process Server, having been duly authorized to make service of the Deposition Subpoena, Schedule A, and Witness fee check in the amount of $68.00 in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempts, I have been unable to serve Mia Minnelli-Kaminski, Principal of Mosaic International, LLC with the above named process.

That on January 8, 2015 at 5:15 pm, I attempted to serve Mia Minnelli-Kaminski, Principal of Mosaic International, LLC, at 1427 Vine Lane, Alamo, California 94507. On this occasion, I did not receive an answer at the door.

That on January 9, 2015 at 7:40 pm, I attempted to serve Mia Minnelli-Kaminski, Principal of Mosaic International, LLC, at 1427 Vine Lane, Alamo, California 94507. On this occasion, I was unable to gain access to the gated community.

That on January 10, 2015 at 7:52 am, I attempted to serve Mia Minnelli-Kaminski, Principal of Mosaic International, LLC, at 1427 Vine Lane, Alamo, California 94507. On this occasion, again, I was unable to gain access to the gated community.

That on January 11, 2015 at 5:33 pm, I attempted to serve Mia Minnelli-Kaminski, Principal of Mosaic International, LLC, at 1427 Vine Lane, Alamo, California 94507. On this occasion, once again, I was unable to gain access to the gated community.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

1/23/15

Executed on:

Stephen P. Hutson, Lic. #587 Contra Costa County
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526

ID: 15-117909                                                                 Client Reference: N/A

-8-

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On March 23, 2015, I served the foregoing document(s) described as:

DECLARATION OF KAROL A. KEPCHAR IN SUPPORT OF MISCELLANEOUS ACTION; TONI BRATTIN & CO, INC.'S MOTION FOR LEAVE TO SERVE SUBPOENAS BY ALTERNATE MEANS AND FOR COSTS

on the interested party(ies) below, using the following means:

**VIA UPS OVERNIGHT**

The Tonytail Co. Inc. and
Mosaic Int'l LLC
Mia Minelli-Kaminski
3266 Buskirk Ave.
Pleasant Hill, CA 94523

**VIA USPS EXPRESS MAIL**

Mosaic International LLC
P.O. Box 2638
San Ramon, CA 94583

**VIA UPS OVERNIGHT**

Mia Minnelli-Kaminski
1427 Vine Lane
Alamo, CA 94507

**VIA UPS OVERNIGHT**

Andrea Hence Evans
The Law Firm of Andrea Hence Evans LLC
14625 Baltimore Ave. #853
Laurel MD 20707

☐ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☒ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 23, 2015, at Los Angeles, California.

Jennifer Fukai
[Print Name of Person Executing Proof]

[Signature]

1