UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI BRATTIN & CO. INC., <br> Plaintiffs, <br> v. <br> MOSAIC INTERNATIONAL, LLC, et al., <br> Defendants. | Case No. 15-mc-80090-MEJ <br><br> **ORDER TO SHOW CAUSE** |

The Court ordered Movant Toni Brattin & Co., Inc. to file a status report indicating whether this case file should be closed or whether any disputes remain pending. Order, Dkt. No. 4. Brattin's status report was due November 3, 2017. *Id.* As of the date of this Order, Brattin has not filed a status report.

Accordingly, the Court hereby ORDERS Brattin to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Brattin shall file a declaration by November 13, 2017. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Brattin does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: November 6, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge