# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI BRATTIN & CO., INC., <br> Plaintiffs, <br> v. <br> MOSAIC INTERNATIONAL, LLC, et al., <br> Defendants. | Case No. 15-mc-80090-MEJ <br><br> **ORDER DISMISSING CASE** |

When Movant Toni Brattin & Co., Inc. did not file a status report, the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for failure to prosecute and comply with court deadlines. OSC, Dkt. No. 5; *see* Status Report Order, Dkt. No. 4. The Court ordered Brattin to respond to the OSC no later than November 13, 2017 and warned that "failure to file a written response will be deemed an admission that Brattin does not intend to prosecute, and the case will be dismissed without prejudice." OSC at 1 (emphasis in original). As of the date of this Order, Brattin has not responded to the OSC. *See* Docket. Accordingly, the Court DISMISSES this action without prejudice. The Clerk of Court shall close the case file.

**IT IS SO ORDERED.**

Dated: November 14, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge